WILLIAM C. POWELL, FOR AND ON BEHALF OF CAROLINA BIOLOGICAL SUPPLY COMPANY v. THOMAS E. POWELL, III, SAMUEL C. POWELL, AND CAROLINE POWELL

No. 509PA94

(Filed 3 Novebmer 1995)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 116 N.C. App. 360, 448 S.E.2d 148 (1994), affirming an order entered on 22 March 1993 by Bailey, J., in Superior Court, Alamance County. Heard in the Supreme Court 9 October 1995.

*Schell Bray Aycock Abel & Livingston, L.L.P., by Doris R. Bray and Michael R. Abel; and Floyd, Allen and Jacobs, L.L.P., by Jack W. Floyd, Constance Floyd Jacobs, and Robert V. Shaver, Jr., for plaintiff-appellant.*

*Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P., by James T. Williams, Jr., and Wayne A. Logan, for defendant-appellee Thomas E. Powell III.*

*Petree Stockton, L.L.P., by Ralph M. Stockton, Jr., Daniel R. Taylor, Jr., and Donald M. Nielson for defendant-appellees Samuel C. Powell and Caroline Powell.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.